# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CV 416-006 |
| THOMAS M. ROUSE; WALLACE L. ROUSE, JR.; GEORGIA DEPARTMENT OF REVENUE; CHATHAM COUNTY TAX COMMISSIONER; and MAC PAPERS, INC., | * | |
| Defendants. | * | |

## O R D E R

Presently before the Court is the parties' joint motion for consent judgment and stay of proceedings pending sale of real property. (Doc. 19.) Finding no just reason for delay upon a review of the parties' submissions and stipulations, the Court **GRANTS** their motion and **DIRECTS** the Clerk to **ENTER JUDGMENT** in favor of Plaintiff and against Defendant Thomas Rouse as to count one of the complaint in the total amount of $107,436.54 plus statutory additions and interest that continue to accrue under 26 U.S.C. §§ 6621-6622.[1] Of the $107,436.54,

---

[1] See Fed. R. Civ. P. 54(b) ("When an action presents more than one claim for relief . . . or when multiple parties are involved, the court may direct entry of a final judgment as to one or more, but fewer than all, claims or parties only if the court expressly determines that there is no just reason for delay.").

A.  $94,710.40 represents the balance accrued through May 1, 2016, on account of Thomas Rouse's unpaid employment tax obligations for the taxable quarter ending on June 30, 2003, and all taxable quarters ending between June 30, 2004, and December 31, 2007;

B.  $380.30 represents Thomas Rouse's unpaid unemployment taxes for the periods ending on December 31, 2005, and December 31, 2006; and,

C.  $12,345.84 represents Thomas Rouse's unpaid 26 U.S.C. § 6721 penalties for the periods ending on December 31, 2004, December 31, 2007, and December 31, 2008.

(Doc. 19-2.)

Additionally, the Court **STAYS** this case until **January 20, 2017**, to provide a reasonable time for the sale of the real property that is the subject of count two of Plaintiff's complaint. However, in doing so, the Court also **ORDERS** the parties to file a joint status report every ninety (90) days to update the Court on any progress regarding the property's sale.

**ORDER ENTERED** at Augusta, Georgia, this 21st day of April, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

2