IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CV 416-006 |
| THOMAS M. ROUSE; WALLACE L. ROUSE, JR.; GEORGIA DEPARTMENT OF REVENUE; CHATHAM COUNTY TAX COMMISSIONER; and MAC PAPERS, INC., | * | |
| Defendants. | * | |

**O R D E R**

On July 20, 2016, the parties filed a stipulation of dismissal with prejudice. (Doc. 25.) Upon due consideration, the Court finds that dismissal is appropriate. See Fed. R. Civ. P. 41(a)(1)(A)(ii), (c). **IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendants and Defendant Georgia Department of Revenue's crossclaim against Defendant Thomas M. Rouse are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs.

**ORDER ENTERED** at Augusta, Georgia, this 21ST day of July, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA